SECRETARY, DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES ET AL. *v.*
CHARLES HOPKINS ET AL.

[No. 103, September Term, 1978.]

*Decided May 4, 1979.*

The cause was argued before MURPHY, C. J., and SMITH,
DIGGES, ELDRIDGE, ORTH and COLE, JJ.

*H. Edgar Lentz, Assistant Attorney General,* with whom
were *George A. Nilson, Deputy Attorney General,* and *James
J. Doyle, III, Assistant Attorney General,* on the brief, for
appellants.

*Richard L. North* for appellee Charles Hopkins. *Edward J.
Levin,* with whom were *Piper & Marbury* on the brief, for
appellee Billy Mosley. Submitted on brief by Cornell Conley,
in proper person.

O R D E R

Certiorari having been granted in these cases to review
decisions of the Court of Special Appeals interpreting
Division of Correction Regulation 105-2 governing violations
of institutional rules which occurred in September of 1976;
and it appearing that the pertinent provisions of Regulation
105-2 were revised by the Division of Correction, effective
September 1, 1978, following modification of a consent decree
previously entered by the United States District Court for the

District of Maryland; and it further appearing, in view of the revisions to Regulation 105-2, that the appeals in these cases are of no prospective importance, it is, therefore, this 4th day of May, 1979,

ORDERED, by the Court of Appeals of Maryland, that the writs of certiorari be, and they are hereby, dismissed, the petitions having been improvidently granted. Costs to be paid by the State of Maryland.